## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>     NORTHERN     </u> DISTRICT OF <u>     NEW YORK     </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 9:02-CV-0141 (LEK/DRH)**

---

**JAMES F. SCHULTZ,**

            **Plaintiff,**

v.

**ELAINE EGAN, Deputy Sheriff; and**
**ROY SHIPMAN, Corrections Counselor,**

            **Defendants.**

---

            **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **XX**   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is **DISMISSED** and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the **MEMORANDUM-DECISION and ORDER** of the Honorable Lawrence E. Kahn, U. S. District Judge, dated January 11, 2006.

**DATE:** <u>   January 11, 2006   </u>                        **<u>LAWRENCE K. BAERMAN</u>**
                                                                                      CLERK OF THE COURT

*(signed) Scott A. Snyder*

                                                                                       **Courtroom Deputy to the**
                                                                                        **Honorable Lawrence E. Kahn**